UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE FEDERICO VASQUEZ,<br><br>        Petitioner,<br><br>   v.<br><br>UNKNOWN,<br><br>        Respondents. | No. 2:13-cv-2028 CKD P<br><br><br>ORDER |

    Mr. Vasquez has filed a document seeking an extension of time to file a petition for writ of habeas corpus under 28 U.S. C. § 2254. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Mr. Vasquez is granted thirty days to file a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on the form provided by the Clerk of Court. The petition must bear the docket number assigned this case. Mr. Vasquez shall also submit, within thirty days, an application to proceed in forma pauperis on the form provided by the Clerk of Court, or the $5.00 filing fee. Failure to comply with this order will result in this case being closed. The fact that the court is granting Mr. Vasquez 30 days to file a petition for writ of habeas corpus does not serve to stop the limitations period applicable to this action from running, or toll it.

/////

/////

1 | 2. The Clerk of the Court is directed to send Mr. Vasquez the court's form for filing a petition for writ of habeas corpus, and the application to proceed in forma pauperis by a prisoner.

Dated: October 2, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

---

1
vasq2028.np