UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE FEDERICO VASQUEZ, | No. 2:13-cv-2028 CKD P |
| Petitioner, | |
| v. | ORDER |
| CONNIE GIPSON, | |
| Respondent. | |

Petitioner is a California prisoner proceeding pro se with an application for writ of habeas corpus under 28 U.S.C. § 2254. Petitioner has consented to have all proceedings in this matter before a United States Magistrate Judge. See 28 U.S.C. § 636(c). On October 2, 2013, petitioner was ordered to file a completed request to proceed in forma pauperis on the form provided by the Clerk of the Court or pay the appropriate filing fee within thirty days. The thirty day period has expired and petitioner has not complied with the court's order. Accordingly, IT IS HEREBY ORDERED that this case is dismissed without prejudice.

Dated: November 13, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
vasq2028.fifp